

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-340-APG-(PAL) |
| JOHNSTON BLACKHORSE, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 25, 2015, defendant JOHNSTON BLACKHORSE pled guilty to Count One of a One-Count Superseding Criminal Information charging him in Count One with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JOHNSTON BLACKHORSE agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information. Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and the offense to which defendant JOHNSTON BLACKHORSE pled guilty.

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  2253(a)(1) and (a)(3):

3      a. 500GB Western Digital hard drive serial number WCC1S4037755;

4      b. CM Storm PC tower, serial number SCC5000KKN11132800270; and

5      c. any visual depiction or any book, magazine, periodical, film, videotape, or other
6         matter which contains any such visual depiction, which was produced, transported,
7         mailed, shipped, or received in violation of Title 18, United States Code, Section
8         2252A

9  (all of which constitutes "property").

10  This Court finds the United States of America is now entitled to, and should, reduce the
11  aforementioned property to the possession of the United States of America.

12  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
13  United States of America should seize the aforementioned property.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
15  JOHNSTON BLACKHORSE in the aforementioned property is forfeited and is vested in the United
16  States of America and shall be safely held by the United States of America until further order of the
17  Court.

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
19  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
20  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
21  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
22  name and contact information for the government attorney to be served with the petition, pursuant to
23  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
25  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
26  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 25 day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

3