UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSTON BLACKHORSE,<br><br>    Defendant. | 2:14-cr-340-APG-PAL<br><br>**ORDER** |

   IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JOHNSTON BLACKHORSE's release conditions be modified. The condition of alcohol abstinence is removed and replaced with the condition that Mr. Blackhorse refrain from the excessive use of alcohol.

   DATED this 4th day of March, 2015

_____
UNITED STATES DISTRICT JUDGE

1