RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Johnston Blackhorse

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSTON BLACKHORSE,<br><br>Defendant. | 2:14-cr-340-APG-PAL<br><br>**STIPULATION MODIFYING<br>PRETRIAL RELEASE CONDITIONS<br>TO ALLOW MR. BLACKHORSE TO<br>APPLY FOR WORK** |

On October 15, 2014, Mr. Blackhorse was indicted one count of 18 U.S.C. § 2252A(a)(2) - Receipt of Child Pornography. On February 25, 2015, Mr. Blackhorse plead guilty to a superseding indictment pursuant to a plea agreement. This Court continued release of Mr. Blackhorse pending sentencing currently scheduled for May 28, 2015 at 11:00am. Mr. Blackhorse had been previously released on a personal recognizance bond and with many conditions of release. Two conditions relate to the internet which are; Mr. Blackhorse shall not have access to computers or connecting devices with access to the internet and the defendant shall refrain from possession of pornography or erotica in any form or medium. Mr. Blackhorse has complied with those conditions while on supervision. Mr. Blackhorse has been employed during his time on pre-trial, but just recently lost his job and is seeking new employment. Temporary work is available through Manpower, but Mr. Blackhorse has to be able to access the internet to apply for work. Mr. Blackhorse can do this at Manpower through their computer. The parties are recommending Mr. Blackhorse have the added

1

condition that he may only use authorized computer systems at his/her place of employment for employment purposes. This will allow Pre-Trial Services to be aware of and authorize computer use that is for purposes of getting gainful employment.

Counsel for the government stipulates to the above conditions and modifications.

Dated this 15th day of April, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
| By:/s/ Rebecca Levy<br>REBECCA LEVY<br>Assistant Federal Public Defender | By: /s/ Allison Herr<br>ALLISON HERR<br>Assistant United States Attorney |

DATED this 15th day of April, 2015

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE