1 RENE L. VALLADARES
Federal Public Defender
2 State Bar No. 11479
REBECCA LEVY
3 Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
4 Las Vegas, Nevada 89101
(702) 388-6577/Phone
5 (702) 388-6261/Fax

6 Attorney for Johnston Blackhorse

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSTON BLACKHORSE,<br><br>    Defendant. | 2:14-cr-340-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>**(First Request)** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Allison Herr, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for defendant JOHNSTON BLACKHORSE, that the sentencing hearing scheduled for Thursday, May 28, 2015 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court; however, in no event earlier then twenty (20) days.

   This Stipulation is entered into for the following reasons:

   1.   Counsel for the defendant will be unavailable at the time of the scheduled hearing date.

   2.   The defendant is not incarcerated and does not object to the continuance.

   3.   The parties agree to the continuance.

///

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to complete her mitigation for sentencing purposes.

This is the first request to continue sentencing date filed herein.

DATED this 6th day of May, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of America |
|---|---|
| */s/ Rebecca Levy*<br>By: _____<br>REBECCA LEVY<br>Assistant Federal Public Defender<br>Counsel for Defendant | */s/ Allison Herr*<br>By: _____<br>ALLISON HERR<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSTON BLACKHORSE,<br><br>    Defendant. | 2:14-cr-340-APG-PAL |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, May 28, 2015, be vacated and continued to June 23, 2015 at 9:00 a.m. in Courtroom 6C.

DATED this  7th  day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

3