```
                    FILED

                  JUN 2 5 2015

          CLERK, U.S. DISTRICT COURT
              DISTRICT OF NEVADA
     BY _____ DEPUTY
```

1
2
3
4
5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,              )
                                            )
9                      Plaintiff,           )
                                            )
10           v.                             )    2:14-CR-340-APG-(PAL)
                                            )
11   JOHNSTON BLACKHORSE,                   )
                                            )
12                     Defendant.           )
                                            )

13                      **FINAL ORDER OF FORFEITURE**

14           The United States District Court for the District of Nevada entered a Preliminary Order of

15   Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section

16   2253(a)(1) and (a)(3) based upon the plea of guilty by defendant JOHNSTON BLACKHORSE to the

17   criminal offense, forfeiting the property set forth in the Forfeiture Allegations of the Superseding

18   Criminal Information and shown by the United States to have the requisite nexus to the offense to

19   which defendant JOHNSTON BLACKHORSE pled guilty.  Superseding Criminal Information, ECF

20   No. 22; Preliminary Order of Forfeiture, ECF No. 26; Change of Plea, ECF No. 27.

21           This Court finds the United States of America published the notice of forfeiture in accordance

22   with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

23   from February 28, 2015, through March 29, 2015, notifying all potential third parties of their right to

24   petition the Court.  Notice of Filing Proof of Publication, ECF No. 33.

25           This Court finds no petition was filed herein by or on behalf of any person or entity and the

26   time for filing such petitions and claims has expired.

1     This Court finds no petitions are pending with regard to the assets named herein and the time

2     for presenting such petitions has expired.

3     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4     title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5     United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6     32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States

7     Code, Section 853(n)(7) and shall be disposed of according to law:

8         1.    500GB Western Digital hard drive serial number WCC1S4037755;

9         2.    CM Storm PC tower, serial number SCC5000KKN11132800270; and

10        3.    any visual depiction or any book, magazine, periodical, film, videotape, or other matter

11            which contains any such visual depiction, which was produced, transported, mailed,

12            shipped, or received in violation of Title 18, United States Code, Section 2252A.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

14    including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

15    income derived as a result of the United States of America's management of any property forfeited

16    herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

18    certified copies to the United States Attorney's Office.

19    DATED this **25** day of June, 2015.

20

21

22

23    _____
      UNITED STATES DISTRICT JUDGE

24

25

26