**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSTON BLACKHORSE,<br><br>Defendant. | Case No. 2:14-cr-00340-APG-PAL<br><br>**ORDER GRANTING MOTION TO CORRECT**<br><br>(ECF No. 61) |

IT IS ORDERED that defendant Johnston Blackhorse's motion to correct his reply **(ECF No. 61)** to accurately reflect the name of his case manager **is GRANTED**.

DATED this 28th day of February, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE