# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSTON BLACKHORSE, <br><br> Defendant. | Case No. 2:14-cr-00340-APG-PAL <br><br> ORDER DENYING MOTION FOR RETRIBUTION AND REDUCTION IN SENTENCE <br><br> (ECF No. 65) |

In light of my order denying defendant Johnston Blackhorse's motion for to vacate or modify his sentence under 28 U.S.C. § 2255 (ECF No. 67),

IT IS ORDERED that defendant Johnston Blackhorse's motion for retribution and reduction in sentence **(ECF No. 65) is DENIED**.

DATED this 2nd day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE