# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-00340-APG-PAL |
|         Plaintiff-Appellee, ) | |
| vs. ) | |
| JOHNSTON BLACKHORSE, ) | |
|         Defendant-Appellant. ) | **ORDER** |

On November 16, 2017, this Court ordered the CJA Coordinator to appoint appellate counsel for defendant Johnston Blackhorse.

ACCORDINGLY, IT IS HERE BY ORDERED that Daniel J. Hill is appointed to represent Johnston Blackhorse for his appeal. Mr. Hill's address is 228 South 4th Street, Third Floor, Las Vegas, NV 89101 and his phone number is 702-848-5000.

Former counsel, Thomas A. Ericsson's office is directed to forward the file to Mr. Hill forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 27th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE